## * UNITED STATES DISTRICT COURT CRIMINAL MINUTES *

Date: 12/09/22    Judge: Brinkema    Reporter: S. Austin
Time: 9:00am - 9:20am    Interpreter:
            Language:
            Probation Email:
            Jury Email:

# UNITED STATES OF AMERICA
        v.

_____        1:17cr270
Defendant's Name        Case Number

            John Gibbs
**Counsel for Defendant:**    **Counsel for Government**

**Matter called for:**
[ ] Arraignment   [ ] Pre-Indictment Plea   [ ] Change of Plea   [ ] Motions
[ ] Sentencing   [ ] Revocation Hearing   [ ] Docket Call   [ ] Appeal (USMC)
[X] Other  Status Conference
Deft appeared: [X] in person  [ ] failed to appear  [X] with Counsel  [ ] without Counsel  [ ] through Counsel

**Filed in open court:**
[ ] Discovery Order  [ ] Information  [ ] Plea Agreement  [ ] Statement of Facts  [ ] Waiver of Indictment

**Arraignment & Plea:**
[ ] WFA   [ ] FA   [ ] PG   [ ] PNG   **Trial by Jury:** [ ] Demanded   [ ] Waived
[ ] Days to file Motions with Argument on _____ at _____
[ ] Deft entered Plea of Guilty as to Count(s) _____ of the _____
[ ] Plea accepted, **Guilty Count(s)** _____
[ ] Motion for Dismissal of Count(s) _____ by [ ] US [ ] Deft
[ ] Order entered in open court     [ ] Order to follow
[ ] Deft directed to USPO for PSI--- [ ] Deft directed to cooperate with USPO for PSI
[X] Case continued to: **02/14/2023** at **09:00am** for:
[ ] Jury Trial   [ ] Bench Trial   [ ] Sentencing   [X] Status Hearing
 Deft Yemer still in hospital
 Court advised of case and classified material status

**Deft is:** [ ] In Custody  [ ] Summons Issued  [X] On Bond  [ ] Warrant Issued  [ ] 1st appearance

**Bond Set at**: $ _____  [ ] Unsecured  [ ] Surety  [ ] Personal Recognizance
[ ] Release Order Entered   [ ] Deft Remanded   [ ] Deft Released on Bond   [X] Deft Continued on Bond

#1 Ahmed Ameer Minni – Marc Eisenstein
#2 Ramy Said Zamzam – Jessica Carmichael
#3 Aman Hassan Yemer – Nina Ginsberg