IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) No. 1:17-cr-270-LMB |
| AHMED AMEER MINNI, | ) |
| RAMY SAID ZAMZAM and | ) |
| AMAN HASSAN YEMER. | ) |
| | ) |
| *Defendants*. | ) |

## ORDER

Before the Court is a Motion by the United States to unseal Docket Numbers 1-4 and 6-9 in this case. For the reasons set forth in the motion and for good cause shown, the Court hereby GRANTS the motion.

Accordingly, it is hereby ORDERED that Docket Numbers 1-4 and 6-9 shall be unsealed.

Date: January 25, 2023
Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge