IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 1:17-CR-270 (LMB) |
| | ) |
| RAMY SAID ZAMZAM, | ) |

## ORDER OF DISMISSAL

WHEREAS, defendant RAMY SAID ZAMZAM was indicted in an indictment by a grand jury in this district on four counts;

WHEREAS, on April 26, 2023, defendant pled guilty to Count 3 of the Indictment;

AND WHEREAS, pursuant to the plea agreement in this case, the Government moves to dismiss Counts 1, 2, and 4;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT Counts 1, 2, and 4 of the Indictment are dismissed without prejudice.

/s/ _____
Leonie M. Brinkema   8/1/23
United States District Judge