IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:17-CR-270 (LMB) |
| v. ) | |
| ) | |
| AMAN HASSAN YEMER, ) | |
| ) | |
| Defendant ) | |

GOVERNMENT'S MOTION TO DISMISS THE INDICTMENT

The United States respectfully moves pursuant to Federal Rule of Criminal Procedure 48(a), and Title 18 United States Code Section 4241(d)(1)(B) to dismiss Counts One through Four of this indictment as to Aman Hassan Yemer with prejudice. After carefully considering the information in the United States's under seal attachment at Dkt. 153, in addition to the length of time that the defendant spent incarcerated in Pakistan following his commission of these offenses, as well as his current condition and the principles of federal prosecution, the United States believes it is not in the public interest to pursue the case against defendant Yemer further. Defendant Yemer does not oppose this motion. A proposed order is attached to this motion for the Court's convenience.

For these reasons, the United States respectfully moves this Court to Dismiss Counts One through Four of the indictment in this case as to the defendant, Aman Hassan Yemer, with prejudice.

Respectfully submitted,

Jessica D. Aber
United States Attorney

By: _____/s/_____
John T. Gibbs
Assistant United States Attorney
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2023, I electronically filed the foregoing using the CM/ECF system, which will send a notification of such filing to counsel of record in this case.

_____/s/_____
John T. Gibbs
Assistant United States Attorney
United States Attorney's Office for the
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: 703-299-3700
Fax: 703-299-3981
Email: john.gibbs@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:17-CR-270 (LMB) |
| v. | ) | |
| | ) | |
| AMAN HASSAN YEMER | ) | |
| | ) | |
| Defendant | ) | |

### ORDER

Upon motion of United States of America, and for the reasons stated in its motion, it is hereby,

ORDERED that Counts One through Four of the indictment in this case as to the defendant, Aman Hassan Yemer, are dismissed with prejudice.

IT IS SO ORDERED.


Date: _____          _____
                               UNITED STATES DISTRICT COURT JUDGE

                                        Respectfully submitted,

                                        Jessica D. Aber
                                        United States Attorney

By:              /s/              
                                        John T. Gibbs
                                        Assistant United States Attorney
                                        Eastern District of Virginia
                                        2100 Jamieson Avenue
                                        Alexandria, VA 22314