IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

Filed with the Class[...]
Information Security Officer
CISO _____
Date _____ 2/8/24

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 1:17-CR-270 (LO) |
| ) | |
| AHMED AMEER MINNI, *et al*, ) | |
| ) | |
| Defendants. ) | |

(U//FOUO) DECLARATION IN RESPONSE TO
DEFENDANT YEMER'S MOTION FOR EMERGENCY RELEIF