# DECLARATION

**I, Khalid Farooq Chaudhry**, declare the following:

I am over the age of 18 and competent to make this declaration. I live in Alexandria, Virginia, but I was born in Pakistan.

The facts stated in this declaration are within my personal knowledge and are true and correct to the best of my knowledge, information, and belief.

I am the father of Umar Farooq Chaudhry, who is one of my four sons. In the Fall of 2009, my wife and I went to Pakistan to find a good match for my son Umar to marry. Someone introduced us to a very nice family. The parents and the girl showed interest in this proposed marriage. I asked Umar to come to Pakistan so that the girl and boy can meet with each other and approve of this proposed marriage.

But, without our knowledge, he came to Pakistan with his four friends. They were all arrested in Pakistan. All four boys and Umar Chaudhry were charged with false allegations of conspiracy to commit a crime of attacking places in Pakistan. I attended the court proceedings in Pakistan, and hired a lawyer to represent my son.

During the prosecution, the prosecutor presented fake emails supposedly written by these five boys. The defense attorney argued and proved in court that these emails were generated by the prosecution themselves.

Also, Umar was charged with providing material support to a banned organization in Pakistan. The prosecutors alleged that the boys including Umar paid money to the banned organization. As supposed proof of the payments, the prosecution presented receipts from the

banned organization. But the organization is banned in Pakistan – it would never issue receipts for money it receives. These receipts were fake. If they were actually real, they would have been used as evidence in the case in the United States. But they were not, because it was fake evidence.

The prosecution presented witnesses at the trial. According to information provided by the Pakistani defense attorney, many of these witnesses were either criminals released on bail or they were paid to give false testimony. In fact, one witness claimed that he was family friends of Umar's parents (me and my wife). During cross-examination, the witness admitted that he did not know the whereabouts of Umar's family, i.e. where we live, who me and my wife are, and what we do for a living. Because this testimony was about me, and I witnessed the testimony myself, I saw how corrupt the proceeding in Pakistan was.

One example during the trial stands out in my memory. One witness said he talked with one of the boys, Rami Zamzam. Defense counsel then asked the witness how Rami communicated with you, when you do not know the English language and Rami does not know how to speak Urdu. The witness was just silent, and the judge laughed.

During and before the prosecution, the United States had accused Pakistani authorities of supporting terrorist groups who were fighting against India and also fighting in Afghanistan. Consequently, there was a lot of media attention in Pakistan about this case.

The fake allegations were brought against the boys because a high ranking official in Pakistan's security service, the ISI, wanted to embarrass the United States and show that Americans had come to commit terrorism in Pakistan. It did not matter that the allegations were completely untrue.

I know and accept that my son violated United States law by trying to go to Afghanistan and participate in the conflict there. But that is not what the Pakistani case was about. The entire prosecution in Pakistan was a sham and based on fake evidence and testimony.

I declare under penalty of perjury that the foregoing is true and correct in accordance with 28 U.S.C. § 1746.

_____  6/26/2024

Khalid Farooq Chaudhry

███████████████████████ VA 22306    Executed on: 26th June, 2024