IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:17-CR-270 (LMB) |
| | ) | |
| UMAR FAROOQ CHAUDHRY | ) | |

**FILED IN OPEN COURT**
**AUG 14 2024**
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## MOTION TO DISMISS

The defendant was indicted in an indictment by a grand jury in this district on four counts. On May 3, 2024, the defendant pled guilty to Count 3 of the Indictment. Pursuant to the plea agreement in this case, the Government moves to dismiss Counts 1, 2, and 4 of the Indictment.

Respectfully submitted,

Jessica D. Aber
United States Attorney

By: _____
John T. Gibbs
Assistant United States Attorney
Virginia Bar No. 40380
Attorney for the United States
2100 Jamieson Avenue
Alexandria, VA 22314
(703) 299-3700
(703) 837.8242 (fax)
John.gibbs@usdoj.gov