IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 1:17-CR-270 (LMB) |
| ) | |
| UMAR FAROOQ CHAUDHRY, ) | |

FILED IN OPEN COURT
AUG 14 2024
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

ORDER OF DISMISSAL

WHEREAS, defendant UMAR FAROOQ CHAUDHRY was indicted in an indictment by a grand jury in this district on four counts;

WHEREAS, on May 3, 2024, defendant pled guilty to Count 3 of the Indictment;

AND WHEREAS, pursuant to the plea agreement in this case, the Government moves to dismiss Counts 1, 2, and 4;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT Counts 1, 2, and 4 of the Indictment are dismissed without prejudice.

/s/
Leonie M. Brinkema      8/14/24
United States District Judge