# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| v. | ) Docket No. 1:17-CR-270 (LMB) |
| | ) |
| **UMAR FAROOQ CHAUDHRY,** | ) |
| | ) |
| **Defendant.** | ) |

## NOTICE OF APPEAL

The defendant in the above-captioned case hereby notes his appeal to the United States Court of Appeals for the Fourth Circuit from the judgment entered on August 14, 2024 (ECF No. 193), based upon the denial of his motion to dismiss the indictment on Sixth Amendment speedy-trial grounds.

Respectfully submitted this 28th day of August, 2024.

Umar Farooq Chaudhry,

By counsel,

_____/s/_____
Geremy C. Kamens
Federal Public Defender
Office of the Federal Public Defender
Va. Bar No. 41596
*Attorney for Defendant*
1650 King Street, Suite 500
Alexandria, Virginia 22314
(703) 600-0848
(703) 600-0880 Facsimile
Geremy_Kamens@fd.org