```
                     UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF VIRGINIA
                          ALEXANDRIA DIVISION

---------------------------x
UNITED STATES OF AMERICA    :    Criminal Action No.:
                            :    1:17-cr-270
     versus                 :
                            :    Thursday, December 12, 2023
UMAR FAROOQ CHAUDHRY,       :    Alexandria, Virginia
                            :
           Defendant.       :    Pages 1-7
---------------------------x

     The above-entitled arraignment was heard before the
Honorable Leonie M. Brinkema, United States District Judge.
This proceeding commenced at 8:56 a.m.

                    A P P E A R A N C E S:

FOR THE GOVERNMENT:    JOHN GIBBS, ESQUIRE
                       OFFICE OF THE UNITED STATES ATTORNEY
                       2100 Jamieson Avenue
                       Alexandria, Virginia  22314
                       (703) 299-3700

FOR THE DEFENDANT:     GEREMY KAMENS, ESQUIRE
                       OFFICE OF THE FEDERAL PUBLIC DEFENDER
                       1650 King Street
                       Suite 500
                       Alexandria, Virginia  22314
                       (703) 600-0800

COURT REPORTER:        STEPHANIE M. AUSTIN, RPR, CRR
                       Official Court Reporter
                       United States District Court
                       401 Courthouse Square
                       Alexandria, Virginia  22314
                       (607) 743-1894
                       S.AustinReporting@gmail.com

        COMPUTERIZED TRANSCRIPTION OF STENOGRAPHIC NOTES
```

1

```
                          P R O C E E D I N G S
```

THE DEPUTY CLERK: Criminal Number 17-270-4, United States of America versus Umar Farooq Chaudhry.

Would counsel please note their appearances for the record.

MR. GIBBS: Good morning, Your Honor. John Gibbs on behalf of the United States. I also have Dan Abrams from the FBI with me at counsel table.

THE COURT: Good morning.

MR. KAMENS: Good morning, Your Honor. Geremy Kamens on behalf of Mr. Chaudhry, who is present.

THE COURT: All right. This is -- your client comes on for an arraignment.

Do you wish a formal or informal -- we don't need an interpreter. No.

MR. KAMENS: No, we don't need an interpreter.

THE COURT: Do you wish a formal or informal arraignment?

MR. KAMENS: Your Honor, we would waive formal reading, we would -- we received a copy of the indictment and would enter a plea of not guilty and request a trial by jury.

THE COURT: All right. Have you and the United States talked about a possible trial date?

MR. KAMENS: Yes, we have. Your Honor, I think

2

```
 1   the Court has already certified the case as complex.  We
 2   would suggest a date in May, if that would be amenable to
 3   the Court.
 4              THE COURT:  All right.  Of course, you know,
 5   you're aware that all the co-defendants in this case, their
 6   cases have been resolved.
 7              MR. KAMENS:  I understand, Your Honor.
 8              THE COURT:  All right.  Monday, May 6th?
 9              MR. GIBBS:  That's fine with the government,
10   Judge.
11              MR. KAMENS:  That's fine, Your Honor.
12              THE COURT:  That will be at 10:00 with a jury.  I
13   assume a jury.
14              Mr. Kamens, you would want a jury?
15              MR. KAMENS: Yes, Your Honor.  We would request
16   trial by jury.
17              THE COURT:  All right.  All right.  Is there a
18   discovery order that's been prepared yet?
19              MR. GIBBS:  There is, Judge.  I'd like to hand
20   that up.
21              THE COURT:  A protective order as well, or just a
22   discovery order?
23              MR. GIBBS:  Just a discovery order, Judge.
24              THE COURT:  Okay.
25              MR. GIBBS:  I believe the Court has already
```

```
 1   entered a protective order, and I have a copy -- I have a
 2   copy of the file.
 3            THE COURT:  That would apply as well, Mr. Kamens,
 4   to you.
 5            MR. KAMENS:  Understood.
 6            THE COURT:  I think just for the record I need to
 7   hear from Mr. Chaudhry about the Speedy Trial Act.  So,
 8   Mr. Chaudhry, if you would go up to the lectern.
 9            Mr. Chaudhry, did your attorney, Mr. Kamens,
10   explain to you that you do have a right under the Speedy
11   Trial Act to insist upon a trial within 70 days of today's
12   date; do you know that?
13            THE DEFENDANT:  Yes.
14            THE COURT:  All right.  And he discussed that with
15   you?
16            THE DEFENDANT:  Yes.
17            THE COURT:  He has requested and the Court has
18   previously found this is a complex case because of the
19   nature of the charges and the evidence, and therefore
20   normally we would have the right to extend the Speedy Trial
21   Act.
22            Is it your desire to do that?
23            THE DEFENDANT:  Yes.
24            THE COURT:  In any respect, do you feel anybody's
25   put any force or pressure on you to make the decision to
```

4

```
 1   waive the Speedy Trial Act?
 2           THE DEFENDANT:  No.
 3           THE COURT:  And have you discussed it
 4   thoroughly -- this decision, have you discussed it
 5   thoroughly with Mr. Kamens?
 6           THE DEFENDANT:  Yes.
 7           THE COURT:  In any respect, do you feel anybody's
 8   put any force or pressure on you or that you've been
 9   promised anything, any special leniency or anything like
10   that, by waiving the Speedy Trial Act?
11           THE DEFENDANT:  No.
12           THE COURT:  All right.  Then I am going to find as
13   well that the defendant has knowingly and voluntarily and
14   with the full advice of counsel waived the Speedy Trial Act.
15   I don't need a written waiver, I think, based on this
16   record.
17           Mr. Kamens, I will direct that any motions be
18   filed within 30 days of today's date.  The government will
19   have 14 days to respond, and then you'll have to consult
20   with chambers in terms of setting a date for a hearing.
21           MR. KAMENS:  Thank you.
22           THE COURT:  I also want to just put everybody on
23   notice that I'm going to be very involved in a significant
24   criminal trial starting Monday, January, I think it's the
25   8th, and I'm trying to avoid interfering with that schedule
```

```
 1   as much as possible.  So were this case to be worked out, I
 2   would prefer that it get worked out either before January 8
 3   or after about February 9th.  I will, in an emergency, take
 4   a plea at 8 or 8:30, but, I mean, I cannot interfere with
 5   that trial; all right?
 6           MR. KAMENS:  Understood, Your Honor.
 7           THE COURT:  All right.  Is there anything further
 8   we need to address with this case?
 9           MR. GIBBS:  Not from the government, Judge.  Thank
10   you.
11           THE COURT:  The defendant is on bond.
12           MR. GIBBS:  Right.
13           THE COURT:  Are there any issues about his bond,
14   Mr. Kamens?
15           MR. KAMENS:  No, Your Honor.
16           With respect to motions, I just wanted to mention,
17   I discussed with the government the process of receiving
18   discovery.  As I understand it, all of the discovery has
19   been downgraded so that there is no classified discovery.
20   That said, it may take some time to provide the device to
21   get all of the discovery transmitted to us.  And so I say
22   that in respect to the motions date.  The Court said
23   30 days.  It may be -- depending upon how quickly we're able
24   to get discovery, that we may ask for some additional time.
25           THE COURT:  Well, I'm assuming the previous
```

1  counsel in this case got discovery as well, so it may not
2  take as long as you think to get it; all right?
3          MR. KAMENS:  That's my hope, Your Honor.
4          THE COURT:  Very good.
5          Anything further on this case?  If not,
6  Mr. Chaudhry, just check in with the probation office so the
7  pretrial officer knows that you were here today; all right?
8          THE DEFENDANT:  Okay.
9          THE COURT:  And all your conditions of bond remain
10 in place with the additional condition that you reappear in
11 this court for the trial that's been set; all right?
12         THE DEFENDANT:  Okay.
13         THE COURT:  All right.  You're all free to go.
14         MR. KAMENS:  Thank you, Your Honor.
15         MR. GIBBS:  Thank you, Judge.
16             (Proceedings adjourned at 9:01 a.m.)
17             -----------------------------------
18 I certify that the foregoing is a true and accurate
19 transcription of my stenographic notes.
20
21                   _____
                          *Stephanie Austin* (signature)
22                   Stephanie M. Austin, RPR, CRR
23
24
25
                                                              7