# Exhibit A

From: **Gillis, James P. (USAVAE)** James.P.Gillis@usdoj.gov
Subject: United States v. Minni, et al.
Date: June 17, 2021 at 3:15 PM
To: pleasant. brodnax_gmail. com pleasant.brodnax@gmail.com, Pleasant Brodnax, III (valawyer@erols.com) valawyer@erols.com
Cc: Gibbs, John (USAVAE) John.Gibbs@usdoj.gov, Trump, Jim (USAVAE) Jim.Trump@usdoj.gov, Gill, Mike (USAVAE) Mike.Gill@usdoj.gov



Pleasant,

From our last conversation, I understand that your client, Waqar Khan, is interested in the assistance of the U.S. government in returning to the United States. There are many uncertain events now taking place that will complicate his return, including the timing of the return of other defendants, the pending request by the United States to Pakistan for your client's extradition, and the unpredictable nature and timing of court proceedings in Pakistan. That said, we are willing to facilitate your client's return to the United States with other defendants when their removal is authorized by the Pakistani authorities. Our best guess at how the process would have to unfold is this: When we are notified by the Pakistanis that we are authorized to remove other defendants, and are notified by the Pakistanis as to the exact timing for their removal, we will notify you. When notified by us, your client would then have to immediately consent to extradition and surrender to the Pakistani authorities to be taken into custody. The Pakistani authorities would then turn your client over to FBI personnel at or near the time for the flight that will take him and other defendants back to the United States. Note, however, that even these last steps may be problematic. Khan could consent to extradition, thereby waiving the extradition proceedings, but he would still be in the extradition framework, meaning a surrender decision would still have to be made by Pakistan's Minister of Interior, and as a consequence, certain legal hurdles might still present themselves.

To be clear, at this point we have no idea when the Pakistani authorities will allow the return of other defendants, and so we have no present plans for their transportation to the United States. We have no estimate for the length of time it would take the Pakistani authorities, once your client surrenders, to transfer custody of him to the FBI. We would try to work that out with the Pakistanis in advance, and obviously we would like to minimize the amount of time prior to the flight that your client would have to remain in Pakistani custody. It is possible that your client will not be taken into custody by the Pakistanis and would simply be told by them when and where to report. There is no way for us to predict, and we would have no control over that.

Given the many uncertainties, the many moving pieces, and the extent of the effort it would require to arrange your client's return and to make it coincide with the return of other defendants, were are only willing to begin the process if your client fully and promptly commits that he wants our help to return to the United States. We would also require that he agree to follow all instructions he receives from the FBI relating to the logistics of his return. An email from you would suffice for these purposes. If your client fails in any respect to fully and promptly cooperate with the FBI in his removal from Pakistan, we will take no further action to facilitate his return. We will only do this once, and only if arranged with the return of other defendants. Thereafter he will be on his own. So time is of the essence. We will continue to press for his arrest and extradition from Pakistan, and we will seek his provisional arrest and detention in any other country in which he may be found.

So that there is no misunderstanding, when your client lands in the United States, he will remain in custody on our outstanding warrant. At his initial appearance, the United States will ask the Court for his detention.

Please let me know how you would like to proceed.

Jim

James P. Gillis
Assistant United States Attorney
(m) (571) 289-3625

**From:** **Gibbs, John (USAVAE)** John.Gibbs@usdoj.gov
**Subject:** RE: [EXTERNAL] Waqar Khan, USA v. Minni, et al, Case Number: 1:17-cr-00270-LMB
**Date:** October 12, 2022 at 3:10 PM
**To:** Pleasant Brodnax pleasant.brodnax@gmail.com

Pleasant,

Yes I can. The Legat in Pakistan said that he will call the Director of FIA (Federal Investigative Agency) CTW (Counterterrorism Wing) and FIA chief of Staff first thing tomorrow morning to advise that Waqar Khan wants to turn himself in.

He anticipates FIA will need to know where Khan is physically located (City, Street, Bldg #, Apt #, Etc.) in order to determine where they can arrange to make contact with him. Can you get me that information so I can provide it to the Legat to pass on?

And I leave it to you, but if you want to provide me with a good cell number for your client, I can pass that on so he can deal directly with FIA.

Thank you.

---

**From:** Pleasant Brodnax <pleasant.brodnax@gmail.com>
**Sent:** Wednesday, October 12, 2022 10:47 AM
**To:** Gibbs, John (USAVAE) <JGibbs@usa.doj.gov>
**Subject:** Re: [EXTERNAL] Waqar Khan, USA v. Minni, et al, Case Number: 1:17-cr-00270-LMB

John,

Client's family advises that he wants to move forward with the proposal you set out in your October 3 email. Can you provide specifics on whom he should contact?

Thanks.

*Pleasant S. Brodnax, III*
*Attorney at Law*
*202-462-1100*
*pleasant.brodnax@gmail.com*
*www.pleasantbrodnax.com*

*Sent from mobile device*

> On Oct 12, 2022, at 9:01 AM, Gibbs, John (USAVAE) <John.Gibbs@usdoj.gov> wrote:
>
> Hey Pleasant,
>
> Let me know if you have any additional questions about the proposal, below. I can

communicate that to the Legat. Also, if you wish to discuss over the phone, I am happy to do so.

Thanks.

**From:** Gibbs, John (USAVAE)
**Sent:** Monday, October 3, 2022 9:03 AM
**To:** Pleasant Brodnax <pleasant.brodnax@gmail.com>
**Subject:** RE: [EXTERNAL] Waqar Khan, USA v. Minni, et al, Case Number: 1:17-cr-00270-LMB

Pleasant,

I have been in contact with the FBI Legal Attache in Pakistan. He advises that your client's co-defendant, Umar Chaudhry, is already in custody on our extradition request. The FBI is seeking to bring both defendants back to the United States on the same flight. In order to begin that process, your client would need to turn himself into Federal Investigation Agency - Counterterrorism Wing, given the nature of his past conviction.

If he is amenable to doing that, the Legat advises that he will gladly assist with communicating this intent to the FIA Chief of Staff this coming Tuesday.

Once both defendants are in custody, we can begin the process of bringing them home.

Please let me know if you wish to discuss this matter when you get a break from trial.

**From:** Pleasant Brodnax <pleasant.brodnax@gmail.com>
**Sent:** Monday, September 26, 2022 11:22 PM
**To:** Gibbs, John (USAVAE) <JGibbs@usa.doj.gov>
**Subject:** Re: [EXTERNAL] Waqar Khan, USA v. Minni, et al, Case Number: 1:17-cr-00270-LMB

Thanks.

**Law Office of Pleasant S. Brodnax, III**
1701 Pennsylvania Avenue, N.W.
Suite 200
Washington, D.C. 20006
p: 202.462.1100 | f: 202.204.5165
www.pleasantbrodnax.com

On Sep 26, 2022, at 9:29 PM, Gibbs, John (USAVAE) <John.Gibbs@usdoj.gov> wrote:

Hey Pleasant,

As it happens I'm meeting with FBI tomorrow on this case. Let me discuss with them and then I can fill you in on where things stand. I'll keep you posted.

Sent from my iPhone

> On Sep 26, 2022, at 6:51 PM, Pleasant Brodnax <pleasant.brodnax@gmail.com> wrote:
>
> John,
>
> The family of Mr. Khan is asking how to get him here to appear in the case. Is this something we can discuss?
>
> I am currently in trial in USDC DC, so I'm available in the evenings.
>
> Pleasant
> 703-338-4300
>
> **Law Office of Pleasant S. Brodnax, III**
> **1701 Pennsylvania Avenue, N.W.**
> **Suite 200**
> **Washington, D.C. 20006**
> **p: 202.462.1100 | f: 202.204.5165**
> **www.pleasantbrodnax.com**

**From:** Gibbs, John (USAVAE) John.Gibbs@usdoj.gov
**Subject:** RE: [EXTERNAL] Waqar Khan
**Date:** May 25, 2023 at 5:47 PM
**To:** Pleasant Brodnax pleasant.brodnax@gmail.com



Hey Pleasant,

Hope all is well.  We finally got an answer to at least some of the questions you had asked, below.  Please see the attached summary from Pakistan.  This was prepared by a lawyer in Pakistan after the US Embassy over there tasked him with trying to get answers to those questions.

Bottom line is that it looks like he can turn himself in, and if he does so, his case could in theory proceed in tandem with Chaudhry's.

Please let me know if you have any questions.

-----Original Message-----
From: Pleasant Brodnax <pleasant.brodnax@gmail.com>
Sent: Friday, February 10, 2023 4:52 PM
To: Gibbs, John (USAVAE) <JGibbs@usa.doj.gov>
Subject: Re: [EXTERNAL] Waqar Khan

Hi John,

Any answers to those questions? He is ready to move forward.

Pleasant

Law Office of Pleasant S. Brodnax, III
1701 Pennsylvania Avenue, N.W.
Suite 200
Washington, D.C. 20006
p: 202.462.1100 | f: 202.204.5165
https://protect2.fireeye.com/v1/url?k=89ef9b66-d674a3b1-89e8bf83-0cc47adca7d0-23848f7b568000b4&q=1&e=84e12d80-aad6-47a4-858c-435971b47f4f&u=http%3A%2F%2Fwww.pleasantbrodnax.com%2F

> On Dec 16, 2022, at 10:50 AM, Gibbs, John (USAVAE) <John.Gibbs@usdoj.gov> wrote:
>
> Thanks Pleasant. Let me work on getting answers to these questions ASAP.
>
> Sent from my iPhone
>
>> On Dec 16, 2022, at 8:55 AM, Pleasant Brodnax <pleasant.brodnax@gmail.com> wrote:
>>
>> John,
>>
>> Question from client's family. Think he's ready to turn himself in.
>>
>> Pleasant
>>
>> Pleasant S. Brodnax, III
>> Attorney at Law
>> 202-462-1100
>> pleasant.brodnax@gmail.com
>> https://protect2.fireeye.com/v1/url?k=6623bd30-39b885e7-662499d5-0cc47adca7d0-4038abb9f4510d94&q=1&e=84e12d80-aad6-47a4-858c-435971b47f4f&u=http%3A%2F%2Fwww.pleasantbrodnax.com%2F
>>
>> Sent from mobile device

> Begin forwarded message:
>
> Date: December 15, 2022 at 10:46:45 PM EST
> To: pleasant.brodnax@gmail.com
> Subject: Waqar Khan
>
> Dear Pleasant,
>
> ==Waqar is very interested in turning himself in for extradition==. Can the procescutor find out the outcome of Omar's extradition hearing on December 14. In particular, can we find out if there is a specific schedule for Omar's extradition. Or if there are more proceeding to be have. Does the procescutor know how long before the flight that Waqar would need to turn himself in so he can be sure to be on the same flight?
> Finally, can the procescutor confirm that the FBI Legat will meet Waqar when he turns himself in and how Waqar can coordinate that process.
>
> Look forward to hearing from you soon.

BNR USDOJ Memo...23.pdf
172 KB