# ATTACHMENT B

FD-302 (Rev. 5-8-10)

-1 of 2-

## FEDERAL BUREAU OF INVESTIGATION

Date of entry      11/19/2019

        On November 15, 2019, Federal Bureau of Investigation (FBI) Special Agent
(SA) Mark Brundage and SA Adam Greenspan met with ███████████████
███████, cellular telephone ███████████, and his father, ███████████
████, at their Residence located at ███████████████, █████████,
████. The purpose of the meeting was to review a CJA 23 Financial
Affidavit form, which ████████ could complete on behalf of his brother,
Waqar Khan (Waqar). After being advised of the identities of the Agents and
the purpose of the meeting, ████████ completed and signed the form (see
attached 1A file). █████ and █████ also provided the following
information:

        █████ was planning to leave the country on November 24, 2019, to travel
to Pakistan to visit Waqar. The purpose of █████ travel was to convince
Waqar to return to the United States. █████, himself, had personal history
with the U.S. justice system. He volunteered at the Lorton prison for
approximately one year, but he became frustrated with how well the prisoners
were treated and left. For example, it was easy for prisoners to get Nike
shoes at a much cheaper price than █████ would have to pay. █████ had
visited Saudi Arabia in the past and witnessed occasions when people were
executed for murdering someone else or having a hand chopped off for
stealing. The punishment in Saudi Arabia was severe for criminals,
otherwise people would not learn their lessons.

        █████ lived in "heaven" in America. When people asked him if he would
return to Pakistan, he would ask them why. In America, █████ had a home and
air conditioning, and he would not want to return to the flies, mosquitos,
and power outages in Pakistan.

        ███████ had a background in Information Technology but was currently not
working. He previously had contract work, but the contract finished and he
had not been able to find follow-up work. He continued to search for

---

Investigation on   11/15/2019   at   Alexandria, Virginia, United States (In Person)

File # ███████████                                     Date drafted   11/18/2019

by   Mark D. Brundage, GREENSPAN ADAM MARK

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not
to be distributed outside your agency.

FD-302a (Rev. 5-8-10)

██████████████

Continuation of FD-302 of  ██████  Meeting with ███████████ and  ██████████ (11/15/2019) , On  11/15/2019 , Page  2 of 2

employment opportunities though.

███████ asked about a correspondence he was expecting from the State Department regarding payment of a fee for Waqar.  The State Department had his mother's email address; however, she had not yet received this information.  ███████ also provided his email address, ███████████, and asked to be included in future communications, if possible.

[Agent's Note: After FBI Agents departed the Residence, it was discovered that the "CASH" portion of the CJA 23 Financial Affidavit form was inadvertently left blank. SA Brundage returned to the Residence, and ████████ checked the appropriate box.]