# ATTACHMENT C

| | |
|---|---|
| **From:** | Gibbs, John (USAVAE) |
| **To:** | Pleasant Brodnax |
| **Subject:** | RE: [EXTERNAL] Waqar Khan |
| **Date:** | Thursday, May 25, 2023 5:46:00 PM |
| **Attachments:** | BNR USDOJ Memo Khan Extradition 23.05.2023.pdf |

Hey Pleasant,

Hope all is well.  We finally got an answer to at least some of the questions you had asked, below.  Please see the attached summary from Pakistan.  This was prepared by a lawyer in Pakistan after the US Embassy over there tasked him with trying to get answers to those questions.

Bottom line is that it looks like he can turn himself in, and if he does so, his case could in theory proceed in tandem with Chaudhry's.

Please let me know if you have any questions.

-----Original Message-----
From: Pleasant Brodnax <pleasant.brodnax@gmail.com>
Sent: Friday, February 10, 2023 4:52 PM
To: Gibbs, John (USAVAE) <JGibbs@usa.doj.gov>
Subject: Re: [EXTERNAL] Waqar Khan

Hi John,

Any answers to those questions? He is ready to move forward.

Pleasant

Law Office of Pleasant S. Brodnax, III
1701 Pennsylvania Avenue, N.W.
Suite 200
Washington, D.C. 20006
p: 202.462.1100 | f: 202.204.5165
https://protect2.fireeye.com/v1/url?k=89ef9b66-d674a3b1-89e8bf83-0cc47adca7d0-
23848f7b568000b4&q=1&e=84e12d80-aad6-47a4-858c-
435971b47f4f&u=http%3A%2F%2Fwww.pleasantbrodnax.com%2F

> On Dec 16, 2022, at 10:50 AM, Gibbs, John (USAVAE) <John.Gibbs@usdoj.gov> wrote:
>
> Thanks Pleasant. Let me work on getting answers to these questions ASAP.
>
> Sent from my iPhone
>
>> On Dec 16, 2022, at 8:55 AM, Pleasant Brodnax <pleasant.brodnax@gmail.com> wrote:
>>
>> John,
>>
>> Question from client's family. Think he's ready to turn himself in.
>>
>> Pleasant
>>
>> Pleasant S. Brodnax, III
>> Attorney at Law
>> 202-462-1100

>> pleasant.brodnax@gmail.com
>> https://protect2.fireeye.com/v1/url?k=6623bd30-39b885e7-662499d5-0cc47adca7d0-4038abb9f4510d94&q=1&e=84e12d80-aad6-47a4-858c-435971b47f4f&u=http%3A%2F%2Fwww.pleasantbrodnax.com%2F
>>
>> Sent from mobile device
>>
>> Begin forwarded message:
>>
>>> Date: December 15, 2022 at 10:46:45 PM EST
>>> To: pleasant.brodnax@gmail.com
>>> Subject: Waqar Khan
>>>
>>>  Dear Pleasant,
>>>
>>> Waqar is very interested in turning himself in for extradition. Can the procescutor find out the outcome of Omar's extradition hearing on December 14. In particular, can we find out if there is a specific schedule for Omar's extradition. Or if there are more proceeding to be have.Does the procescutor know how long before the flight that Waqar would need to turn himself in so he can be sure to be on the same flight?
>>> Finally, can the procescutor confirm that the FBI Legat will meet Waqar when he turns himself in and how Waqar can coordinate that process.
>>>
>>> Look forward to hearing from you soon.
>>>
>>>