# ATTACHMENT F

| | |
|---|---|
| **From:** | Gibbs, John (USAVAE) |
| **To:** | Pleasant Brodnax |
| **Subject:** | RE: [EXTERNAL] Mr. Khan |
| **Date:** | Tuesday, March 11, 2025 10:36:00 AM |

Hey Pleasant,

Here is some additional information for Mr. Khan the FBI just sent me:

The following additional info was passed to me overnight

Sajid Mahmood Inspector FIA-AHTC Islamabad POC for (Waqar Khan) Cell; 0333-5255266.

Address: Civic Centre, G-6 Melody, 20 Shaheed-e-Millat Rd, G-6 Markaz G 6 Markaz G-6, Islamabad.

**From:** Gibbs, John (USAVAE)
**Sent:** Monday, March 10, 2025 10:53 AM
**To:** Pleasant Brodnax <pleasant.brodnax@gmail.com>
**Subject:** RE: [EXTERNAL] Mr. Khan

Hi Pleasant. The FBI got back to me with the following instructions for Mr. Khan:

Waqar Khan should self-surrender to FIA Zonal Office Islamabad, Pakistan. Upon turning himself in, Khan should ask for FIA Zonal Inspector Sajid with phone/WhatsApp number +92-333-5255266

**From:** Pleasant Brodnax <pleasant.brodnax@gmail.com>
**Sent:** Monday, March 3, 2025 3:30 PM
**To:** Gibbs, John (USAVAE) <JGibbs@usa.doj.gov>
**Subject:** Re: [EXTERNAL] Mr. Khan

John, heard anything from the FBI yet? Pleasant

    On Feb 25, 2025, at 2:23 PM, Gibbs, John (USAVAE)

<John.Gibbs@usdoj.gov> wrote:

Pleasant,

Good to hear from you.  Yes, I should be able to assist.  Let me get in touch with the FBI case agent for this one and I will get back to you.  Perhaps the three of us can get on a phone call where we can discuss logistics and timing.  I'll reach out once I have spoken to him.

Thanks.

**From:** Pleasant Brodnax <pleasant.brodnax@gmail.com>
**Sent:** Tuesday, February 25, 2025 11:29 AM
**To:** Gibbs, John (USAVAE) <JGibbs@usa.doj.gov>
**Subject:** Re: [EXTERNAL] Mr. Khan

John,

I have just been advised by Mr. Khan that he is ready to turn himself in at the beginning of March. He is asking for instructions.

Are you able to assist?

Thanks,
Pleasant


Pleasant Brodnax
Law Office of Pleasant S. Brodnax, III
1701 Pennsylvania Avenue, N.W.
Suite 200
Washington, D.C. 20006
p: 202.462.1100 | f: 202.204.5165
Email: pleasant.brodnax@gmail.com
Website:        www.pleasantbrodnax.com