# ATTACHMENT G

| | |
|---|---|
| **From:** | Gibbs, John (USAVAE) |
| **To:** | Pleasant Brodnax |
| **Subject:** | Waqar Khan |
| **Date:** | Tuesday, April 29, 2025 10:29:00 AM |

Hello Pleasant,

I have been informed that Waqar Khan has self-surrendered to FIA Zonal Office, Islamabad, Pakistan. He will have a court hearing at 11:00 am today (04/29/2025) at ADCG Court in Islamabad. I will keep you posted if I learn more, but assuming that he waives any objections, this could move fairly quickly.

Thanks.

John T. Gibbs
Assistant United States Attorney
U.S. Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3775
Cell (703) 819-0412
John.gibbs@usdoj.sgov.gov
John.gibbs2@doj.ic.gov