# ATTACHMENT H

| | |
|---|---|
| **From:** | Gibbs, John (USAVAE) |
| **To:** | Pleasant Brodnax |
| **Subject:** | RE: [EXTERNAL] Mr. Khan |
| **Date:** | Thursday, May 1, 2025 10:53:00 AM |

Thank you, Pleasant.  You can let the family know that we are eager to get him back as soon as possible. But now it's in the hands of the Pakistani government.

---

**From:** Pleasant Brodnax <pleasant.brodnax@gmail.com>
**Sent:** Thursday, May 1, 2025 2:20 AM
**To:** Gibbs, John (USAVAE) <John.Gibbs@usdoj.gov>
**Subject:** Fwd: [EXTERNAL] Mr. Khan


FYI.

Pleasant Brodnax
Law Office of Pleasant S. Brodnax, III
1701 Pennsylvania Avenue, N.W.
Suite 200
Washington, D.C. 20006
p: 202.462.1100 | f: 202.204.5165
Email: pleasant.brodnax@gmail.com
Website:       www.pleasantbrodnax.com



Begin forwarded message:

**From:** ███████████████████████████
**Subject: Re: [EXTERNAL] Mr. Khan**
**Date:** April 30, 2025 at 10:37:54 PM EDT
**To:** Pleasant Brodnax <pleasant.brodnax@gmail.com>


Dear Pleasant.
My brother Waqar Khan turned himself in to the Pakistani authorities yesterday, 04/29/2025. He had a court hearing on 04/29/2025 at 7AM, USA Eastern standard time. At the court hearing Waqar has informed the judge that he would like to be extradited to the U.S. Waqar also informed the judge that he will not contest his extradition to the U.S. Waqar had also informed the judge that when he was released from jail in 2020 he had been a good standing citizen. Waqar was released before the 4 other gentlemen.  After his release from jail he started working, never committed a crime. He even got married. During the recent court hearing Waqar got the impression from the

judge that the judge was linking Umar Farooq's case with Waqar's case. But Waqar assured the judge unlike Umar Farooq he will not be contesting his extradition to the U.S. The judge has informed Waqar that there is a new court hearing scheduled for May 3rd 2025. During this court hearing the judge will decide the extradition date, and when Waqar will be turned to U.S. authorities. Waqar is currently being detained in Central jail in Rawalpindi, Pakistan. My family would like to request from you Pleasent if the extradition process could be sped up/performed in an urgent fashion by the U.S. We are making this request due to the geopolitical tension that is currently going on between India and Pakistan. Waqar's concern is if war breaks out his extradition process will be delayed.

Thank you.